FILED
MAR 13 2008
MAR. 13, 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE KOCORAS**

**Felony LI**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints? NO ☐ YES X If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **United States of America v. Daniel J. Bealko, 08 CR 0082** Denlow

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO X** YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **MAGISTRATE JUDGE DENLOW**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO X** YES ☐

6) What level of offense is this indictment or information? **FELONY X** MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? **NO X** YES ☐

8) Does this indictment or information include a conspiracy count? **NO X** YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide (II) | ☐ Income Tax Fraud (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust (II) | X Postal Fraud (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery (II) | ☐ Other Fraud (III) | ☐ Immigration Laws (IV) |
| ☐ Post Office Robbery (II) | ☐ Auto Theft (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws (IV) |
| ☐ Assault (III) | ☐ Forgery (III) | ☐ Motor Carrier Act (IV) |
| ☐ Burglary (IV) | ☐ Counterfeiting (III) | ☐ Selective Service Act (IV) |
| ☐ Larceny and Theft (IV) | ☐ Sex Offenses (II) | ☐ Obscene Mail (III) |
| ☐ Postal Embezzlement (IV) | ☐ DAPCA Marijuana (III) | ☐ Other Federal Statutes (III) |
| ☐ Other Embezzlement (III) | ☐ DAPCA Narcotics (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 1341    18 USC §2314    26 USC § 7201

**BRIAN HAYES**
Assistant United States Attorney