# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 82 - 2 | **DATE** | 4/1/2008 |
| **CASE TITLE** | US vs. Anthony Demetrius Brown (#2) | | |

**DOCKET ENTRY TEXT**

Arraignment of defendant Anthony Demetrius Brown held on 4/1/2008. Anthony J. Masciopinto and Robert Cummins appear as counsel for defendant Brown. Defendant Brown enters plea of not guilty to all counts. Rule 16 Conference to be completed by 4/8/2008. Defendant is given to 4/22/2008 to file pretrial motions. Government is given to 5/6/2008 to file its answers. Status hearing set for 5/29/2008 at 9:30 a.m. In the interest of justice, 4/1/2008 to 5/29/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | SCT |
|---|---|---|