## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

UNITED STATES OF AMERICA
                           Plaintiff,

v.                                          Case No.: 1:08−cr−00082
                                                Honorable Charles P. Kocoras

Daniel J Bealko, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:As to Anthony Demetrius Brown, status hearing held on 5/29/2008. Status hearing set for 7/1/2008 at 9:30 a.m. In the interest of justice, 5/29/2008 to 7/1/2008 is excludable time under 18:3161(h)(1) and 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.