## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number:    08 CR 82-2

UNITED STATES OF AMERICA

Vs.

ANTHONY DEMETRIUS BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ANTHONY DEMETRIUS BROWN

| |
|---|
| NAME (Type or print) |
| **Robert P. Cummins** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Robert P. Cummins |
| FIRM    **The Cummins Law Firm, P.C.** |
| STREET ADDRESS **77 West Wacker Drive, Suite 4800** |
| CITY/STATE/ZIP **Chicago, Illinois 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **ARDC #557838** | TELEPHONE NUMBER **(312)578-0500** |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") **Y** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") **N** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") **Y** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") **Y** |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL    **X**                    APPOINTED COUNSEL |